```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 07326
   RAYMOND A VAN DEWALLE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
     SSN XXX-XX-9989
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/22/06 and confirmed on 10/19/06.

    2.  The case was converted to Chapter 7 after confirmation, 02/14/2008.

    3.  The Debtor paid a total of $ 36935.97 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 16914.75 | .00 | 16914.75 |
| FIRST MIDWEST BANK NA | MORTGAGE ARRE | .00 | .00 | .00 |
| EMC MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 25780.71 | .00 | 14274.58 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2209.55 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1248.75 | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| JOHN DOYLE SURVEYING | UNSECURED | 3161.00 | .00 | .00 |
| LISA GIRARDI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PERSONAL FINANCE COMPANY | UNSECURED | 4357.72 | .00 | .00 |
| PUBLISHERS CLEARING HOUS | UNSECURED | NOT FILED | .00 | .00 |
| ROGER POTRATZ ARCHITECT | UNSECURED | NOT FILED | .00 | .00 |
| SARAH RYAN | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| STEVEN PLATO TROY | UNSECURED | 8071.00 | .00 | .00 |
| UNIVERSAL FIDELITY CORP | UNSECURED | NOT FILED | .00 | .00 |
| DOUGLAS KOEPPEN HURLEY | UNSECURED | 12735.22 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2430.60 | .00 | .00 |
| RIVERSIDE HOMEOWNERS ASS | UNSECURED | NOT FILED | .00 | .00 |
| DAVID KOEHN | UNSECURED | NOT FILED | .00 | .00 |

```
LOYOLA UNIVERSITY MEDICA  UNSECURED      NOT FILED            .00         .00
PATRICK A MESZAROS        REIMBURSEMENT    300.00             .00      300.00
INTERNAL REVENUE SERVICE  UNSECURED         35.81             .00         .00
RESURGENT CAPITAL SERVIC  UNSECURED       4481.51             .00         .00
CITIFINANCIAL MORTGAGE    SECURED             .00             .00         .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   16914.75     26080.71    38731.16         .00      81726.62
PRINCIPAL PAID       16914.75     14574.58         .00         .00      31489.33
INTEREST PAID             .00          .00         .00         .00           .00
TOTAL PAID           16914.75     14574.58         .00         .00      31489.33
```

The Debtor's attorney, PATRICK A MESZAROS         , was allowed $   3000.00  and was paid $   3000.00 .

The Trustee received $   1516.64 .

Refunds to the Debtor totaled $    930.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 05/20/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                             PAGE   2
       CASE NO. 06 B 07326 RAYMOND A VAN DEWALLE